UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-205-MWF(AJWx)**                              Dated: **June 10, 2014**

Title:      Deckers Outdoor Corporation -v- P & Juss, Inc. et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Julieta Lozano                                              None Present
    Courtroom Deputy                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                                None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

    In light of the Notice [28] filed June 9, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for July 7, 2014 at 11:30 a.m. If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. All other dates are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                              Initials of Deputy Clerk   jloz
CIVIL - GEN